United States District Court
Southern District of Texas

**ENTERED**

April 07, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| RAMESH KHATRI, | § | |
| | § | |
| Plaintiff(s), | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:26-CV-189 |
| | § | |
| KRISTI NOEM, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

On February 13, 2026, District Judge John A. Kazen ordered Respondents to file a response to Petitioner Ramesh Katri's petition for writ of habeas corpus no later than February 20, 2026. (Dkt. No. 6). As of this date, Respondents have not done so.

Accordingly, Respondents are **ORDERED TO SHOW CAUSE** no later than **April 14, 2026**, and explain why they failed to comply with the Court's Order. Should Petitioner wish to file a reply to the Respondents' response, he must do so no later than **April 21, 2026**.

The Court **DIRECTS** the Clerk of Court to send the Petition, (Dkt. No. 1), the Court's previous order, (Dkt. No. 6), and this Order to John G.E. Marck, Acting United States Attorney for the Southern District of Texas, by electronic mail to USATXS.CivilNotice@usa.doj.gov to provide notice of this action to Respondents.

It is so **ORDERED**.

**SIGNED** on April 7, 2026.

Brian C. Bajew
United States Magistrate Judge